IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL SMITH, *on behalf of himself* )
*and all others similarly situated*, )
       )
       Plaintiff, )
       )
v. )    CIVIL CASE NO. 2:22-cv-355-ECM
       )
PROGRESSIVE DIRECT INSURANCE )
COMPANY, )
       )
       Defendant. )

**O R D E R**

Upon consideration of the parties' Joint Stipulation of Dismissal (doc. 34), filed on December 20, 2022, which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by the named Plaintiff have been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 21st day of December, 2022.

           /s/ Emily C. Marks
           EMILY C. MARKS
           CHIEF UNITED STATES DISTRICT JUDGE